UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

Nadia Zefri,

              Plaintiff,        19-CV-3115 (LAK) (KHP)

v.

Burlington Coat Factory Warehouse
Corporation,

              Defendant(s).
------------------------------x

**ORDER**

      Magistrate Judge Parker has informed chambers that this case has been settled in principle. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, January 5, 2020, if the settlement is not executed by then.

      SO ORDERED.

DATED:     December 5, 2019

                                                      Lewis A. Kaplan
                                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-5-19